UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MAGDALENA GOMEZ VILLALOBOS, | * | |
|     Claimant-Plaintiff. | * | |
| V | * | |
| | * | CIVIL ACTION NO. _____ |
| CAROLYN W. COLVIN, | * | |
|     Acting Commissioner, | * | |
|     Social Security Administration, | * | |
|     Defendant | * | |

**COMPLAINT**

Now comes, MAGDALENA GOMEZ VILLALOBOS, Plaintiff in the above entitled and numbered cause and files this Complaint seeking judicial review of the actions of Defendant in rendering a decision adverse to Plaintiff on or about November 21, 3016. In support hereof, Plaintiff would show this Honorable Court as follows.

1. Plaintiff, whose social security account number bears the last four digits of 7621, is a resident of Tyler, Smith County, Texas, and therefore resides in the Eastern District of Texas.

2. Plaintiff complains of a decision rendered by Defendant which adversely affects Plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purposes of judicial review and bears the following caption:

| IN THE CASE OF | CLAIM FOR |
|---|---|
| MAGDALENA GOMEZ VILLALOBOS (Claimant) | Period of Disability, Disability Insurance Benefit, and Supplemental Security Income |
| | XXX-XX-7621 |

3. Plaintiff has exhausted all administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42.U.S.C. 495(g).

4. In seeking judicial review, Plaintiff alleges that the decision rendered by Defendant is not supported by substantial evidence in the record and that Defendant, through its Administrative Law Judge, failed to apply proper legal standards.

5. Plaintiff shall effect proper service of process by serving a copy of the summons and complaint upon the local United States Attorney, the Attorney General of the United States, and the Secretary of Health and Human Services within 120 days from the date of filing this complaint according to Rules 4(j) and 4(m) of the Federal Rules of Civil Procedure and Local Court Rule CV-4.

Wherefore, Plaintiff seeks judicial review by this Honorable Court of the decision rendered by Defendant and entry of judgment in favor of Plaintiff and for such other relief as may be proper including costs.

Respectfully Submitted,

\_\_\_\_/s/_____
Tonda L. Curry
Attorney for Plaintiff
100 Independence Place Ste 300
Tyler, Texas  75703
Texas Bar No 05275400
903-534-0480
tonda@beardandharris.com